

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT ILLINOIS EASTERN DIVISION

FILED

MAR 0 8 2011
3-8-11

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Invent WorldWide Consulting, LLC )
An Illinois Limited Liability Company )
Plaintiff, )
V. )
AbsolutelyNew, Inc., a California Corp.; )
Jose Miguel Castello, Individually and )
d/b/a "SellMyInventionIdea.com"; Michael )
Torbert, Individually and d/b/a Semper Fi )
Web Design, and Unknown John Does, )
Defendants. )

11-cv-01619
Judge Rebecca R. Pallmeyer
Magistrate Judge Arlander Keys

**VERIFIED COMPLAINT FOR TRADEMARK INFRINGEMENT AND DECEPTIVE BUSINESS PRACTICES**

Plaintiff, Invent Worldwide Consulting, LLC, an Illinois Limited Liability Company ("Plaintiff" or "IWC"), by and through its attorney, Robert Gray, Complain of the Defendants in the nature of Copyright Infringement, Trademark Infringement, False Advertising, Unfair Competition and Deceptive Trade Practices, under United States laws, in addition to violations of Illinois laws, including Deceptive Business Practices Act, Illinois Trademark Act, for which the Plaintiff has previously demanded the Defendants stop, but they have refused. Plaintiff alleges as follows:

**Parties and Jurisdiction**

1. Plaintiff is an Illinois Limited Liability Company with its principal place of business at 2211 York Rd. Oak Brook, Illinois, within this Court's jurisdiction.
2. Plaintiff is in the business of consulting with inventors of ideas to assist them in obtaining legal protection for their idea, and to locate manufacturers and retailers who may be interested in the new product.

3. Plaintiff is the owner of "Invent Worldwide Consulting", a Trademark Registered with the United States Patent and Trademark Office. Registration Number 85048631.
4. Plaintiff is the owner of "www.Inventworlwide.com", a website.
5. On information and belief, Defendant, AbsolutelyNew, Inc., is a California Corporation with its principal place of business at 650 Townsend St., San Francisco, CA.
6. In information and belief, Defendant AbsolutelyNew is in the business of providing services to inventors of ideas, similar to the services of Plaintiff, Invent Worldwide Consulting.
7. On information and belief, Defendant AbsolutelyNew owns an interactive website to project itself to its potential customers, including customers within this Court's jurisdiction.
8. On information and belief, Defendant AbsolutelyNew has actually reached customers within this Court's jurisdiction.
9. On information and belief, Defendant, Jose Miguel Castello, is an individual and a resident of California.
10. On information and belief, Defendant Castello is employed at Defendant Absolutely New. ***See Exhibit A, a true and correct depiction of Defendant Castello's FaceBook and LinkedIn accounts.***
11. On information and belief, Defendants AbsolutelyNew and Castello own and operate a website, "www.SellMyInventionIdea.com". ***Exhibit A.***

12. On information and belief, defendant Michael Torbert is an individual believed to live in Raleigh, North Carolina.

13. On information and belief, defendant Michael Torbert owns and operates a website, www.michaeltorbert.com.

14. On information and belief, Defendant Torbert, through his website and otherwise, provides Internet Marketing Services, including "Search Engine Optimization" services.

15. On information and belief, Defendant Torbert assisted Defendants Castello and AbsolutelyNew in the design and development of the site, "www.SellMyInventionIdea.com." ***See Exhibits B-1 and B-2, true and correct depictions of the source code for www.sellmyinventionidea.com, listing Defendant Torbert and his Search Engine Optimization Services.***

16. On information and belief, there are unknown John Does who are persons or entities associated with Defendants Castello, Torbert, and/or AbsolutelyNew, to develop the website, www.SellMyInventionIdea.com.

17. On information and belief, Defendants projected themselves into this Court's jurisdiction through, www.SellMyInventionIdea.com, to attempt to reach Illinois consumers within this Court's jurisdiction.

18. On information and belief, Defendants' website, SellMyInventionIdea.com has reached Illinois consumers within this Court's jurisdiction.

19. On information and belief, Defendants have used Plaintiff's Trademark on their website, www.SellMyInventionIdea.com. ***See Exhibits C-G, true and***

***correct copies of the Defendants' website as it appeared between March 4, 2011 and March 8, 2011.***

20. On information and belief, Defendants have used copyrighted material, specifically words, pictures, and graphics, from Plaintiff's website on their website, www.SellMyInventionIdea.com. ***See Exhibits C and D, showing Plaintiff's graphics and banner as it appeared on Defendants' website.***

21. On information and belief, the Defendants have damaged the Plaintiff by an amount that exceeds $75,000.

**General Allegations Common to all Claims**

***A. The Plaintiff and its Website***

22. Plaintiff was established in June, 2010, and registered with the Illinois Secretary of State as a Limited Liability Company. Plaintiff is a consulting agency for inventors of new products. Plaintiff assists inventors in developing their idea, submitting it to registered patent attorneys to review prior art and patentability, locating manufacturers who may make the product, submitting the idea to retailers, and other otherwise planning to commercialize, if possible, the inventor's idea.

23. There is a great history of fraud and unethical behavior in dealing with inventors of ideas, such that 35 U.S.C. § 297 was added to protect the inventor, in addition to a litany of state laws regulating the industry, such as 815 ILCS 620, *et seq*.

24. Because of the history of abuse of inventors, maintenance of a "No Complaint" reputation is exceedingly important to Plaintiff in establishing a quality brand name amongst its clients.

25. Plaintiff markets its services through its website, "inventworldwide.com."

26. As part of its website, Plaintiff includes statements from previous clients who were pleased with the services provided by the Plaintiff, "Testimonials."

27. One such Testimonial, states:

> Three years ago I came up with a concept but kept on procrastinating on doing anything with it. I went on the internet and filled out a form and was contacted the next day by an Invent Worldwide Consultant. I set up an appointment to meet with him at their Oak Brook office. At that time he explained their streamline process to help me legally protect, develop and get my idea in front of the right companies. I felt confident in moving forward. I would like to personally thank my consultant, Tom Andersen, for all of his help." - **Steve V.**

28. Plaintiff's site also includes Plaintiff's Registered Trademark, "Invent Worldwide Consulting" in several locations, especially its top banner, which appears on every page of Plaintiff's site.

29. Plaintiff's Trademark is clearly marked on its website, with the required, "TM" notification.

30. Plaintiff's website also includes certain pictures and graphics developed by Plaintiff and posted on its website.

31. At the bottom of every page on Plaintiff's website, it states the material contained on the site is copyrighted material and property of the Plaintiff.

B. ***Defendants and their marketing funnel through Google to their Website, "SellMyInventionIdea.com"***

32. On information and belief, Defendant AbsolutelyNew was established in 2003 and holds itself out to the public as a source for inventors to seek help bringing their invention ideas to the market.

33. On information and belief, Defendant AbsolutelyNew, in all material aspects, is a competitor of IWC, except that AbsolutelyNew charges much higher fees.

34. On and information and belief, all Defendants conspired together to design and develop the website, "SellMyInventionIdea.com."

35. On information and belief, Defendants have included ~ within the source code for "SellMyInventionIdea.com" under the Title and in the Metatags ~ Plaintiff's Trademark, "Invent Worldwide Consulting." ***See Exhibits B1 and B2.***

36. Google ~ and other search engines ~ search both the words and other content "on the page" of a website and source code "off the page" in order to determine the results for a given "keyword" searched by a user.

37. Included in Google's search algorithm is the "Title" and "Metatags".

38. On information and belief, the Defendants have proximately caused damage to Plaintiff because the Defendant's used the Plaintiff's Trademark in the source code for their website, the Defendant's website appeared ~ and continues to appear ~ on the first page of results for a potential IWC client that searched the Internet for information about Plaintiff through Google.

***See Exhibit H, a true and correct depiction of Google's results page for the search "Invent Worldwide Consulting" on March 4, 2011.***

39. A search of Google for Plaintiff's Trademark "Invent Worldwide Consulting" returns, "Invent Worldwide Consulting" has scam and fraud written all over it! Here is the link to their "testimonials".....

40. When a potential IWC client selects the link result discussed in paragraph 39 above, the "landing page" that appeared before 11:00am on Monday, March 8, 2011 also included the Trademarked "Invent Worldwide Consulting", in addition to a picture of the Plaintiff's graphics "banner" that is the top of its website, inventworldwide.com. ***See Exhibit C, a true and correct copy of the landing page on Defendants' website reached when a user clicked on the Google results.***

41. When a potential IWC client selected the link from the second step of Defendants' marketing funnel, on information and belief, Defendants have posted, on SellMyInventionIdea.com:

> This company has been in business for only 7 months, but the testimonials on their website are from customers that have been satisfied with them for over 3 years. Obviously these are fake testimonials. This company is trying to misrepresent their potential clients, they're not certified by the BBB or the United Inventors Association. Invent Worldwide Consulting has scam and fraud written all over it! Here is the link to the "testimonials" http://inventworldwide.com/testimonials.html
> ***See Exhibit D.***

42. On information and belief, Defendants have posted on their website, underneath the paragraph captioned above in paragraph 41, the following statement which appears on Plaintiff's website:

> "Three years ago I came up with a concept but kept on procrastinating on doing anything with it. I went on the internet and filled out a form and was contacted with him at their Oak Brook office. At that time he explained their streamline process to help me legally protect, develop and get my idea in front of the right companies. I felt confident in moving forward. I would like to personally thank my consultant, Tom Andersen, for all of his help." – **Steve V.**
> ***See Exhibit D***

43. On information and belief, Defendants' website sells adspace to Google from its "About" page. ***See Exhibit I, depicting the Defendants' "About Us" page on its Website, where it sells ad space to Google.***

44. On information and belief, Defendants' website is intended to deceive and confuse consumers in that:

a. The website does not identify AbsolutelyNew as the source of the information.

b. The website does not identify the source of the information at all.

c. The website claims to be "purely for informational purposes" at the bottom of every page where, in fact, the purpose of the site is to drive Internet traffic to Defendants' site or to otherwise profit Defendants. ***See Exhibits C-G, true and correct depictions of the Defendants' website***

d. The website proclaims:

If you've come up with an invention idea and are looking to sell it, you should add this page to your favorites, because everything you need to know will be right here. We have researched invention promotion companies as well as patents and licensing agreements and what they entail. From scams, to the legitimate invention promotion companies, we've exposed them all right here. ***See Exhibit J, a true and correct depiction of the Defendants' website as it appeared on March 4, 2011.***

e. The website depicts Defendant AbsolutelyNew as

**AbsolutelyNew** is a start up and venture backed product development firm in San Francisco. Right by the Silicon Valley, not a bad place to be when you want to launch an innovative invention.

One thing that really adds comfort about AbsolutelyNew is their disclosure of their management and members of the Board of Directors. No other company discloses anyone other than their CEO. You can see a list of Absolutely New's board of directors as well as more information about the members of the management team. It seems like every invention company posts up logos of every major retailer they can think of, but AbsolutelyNew is the only one that has hard evidence of connections to these companies. Unfortunately, in the business world, it's all about who you know. Fortunately, money can buy you these connections if you invest in your invention with AbsolutelyNew. But unfortunately again, the money part.

Their "A-" rating on the Better Business Bureau website is the result of 5 complaints against Absolutely New in the past 36 months (as of October, 2010). They are also certified by the United Inventors Association which does full company probes and investigations before certifying companies.

Finally, the biggest comfort about Absolutely New is that they have Jon Dudas, the previous Director of the USPTO on their advisory board. It's interesting to see that Jon Dudas picked AbsolutelyNew of all the invention companies available. Having an industry expert like Jon Dudas pick AbsolutelyNew would make me feel much more comfortable with my invention and this company. ***See Exhibit K, a true and correct depiction of the Defendants' website and its "critique" of Defendants' business.***

f. Defendants' website fails to mention the Complaints about Defendant AbsolutelyNew, posted on the United States Patent and Trademark Office website.

45. On information and belief, Defendant Castello also posts a link to the website, "sellmyinventionidea.com" on his Facebook account, further benefitting Defendant. ***Exhibit A.***

***C. Defendants' Response to Plaintiff's Informal Complaint***

46. On or about February 25, 2011, Plaintiff, through counsel and through Defendant's "host", Bluehost.com, sent a notice to Defendants that they were infringing on their trademark and their copyrighted material.

47. On information and belief, in response to Plaintiff's complaint, Defendants altered their website by removing the Plaintiff's "banner" and other graphics. ***Compare Exhibits C & D to Exhibits E, F, & G showing Defendants' removal of copyrighted information, but removal of Plaintiff's Trademark.***

48. On information and belief, Defendants did not remove the Trademarked, "Invent Worldwide Consulting" from their website. ***See Exhibits E, F, & G***

49. On information and belief, Defendant's revision to the website based on Plaintiff's informal complaint was to post, on March 7, 2011:

> We cannot post up the testimonials that are clearly fake because of a copyright complaint from his company. Obviously they're not happy with this website exposing their shady business practices and protecting inventors from scams. ***See Exhibit F.***

50. Then, on or about March 8, 2011, Defendants altered their website to read:

> Invent Worldwide Consulting has scam and fraud written all over it! Here is the link to their "testimonials" http://inventworldwide.com/testimonials.html We cannot post up

the testimonials that are clearly fake because of a copyright complaint that Invent Worldwide Consulting has filed against sellmyinventionidea.com, but you can read them on that link and you'll see that they refer to clients that have successfully launched products, or long term relationships with Invent Worldwide Consulting. These are all FALSE TESTIMONIALS because the company hasn't even been in business as long as some of the testimonials claim that they've been in contact with them, and also they haven't licensed a single product. This should be proof that they're not happy with this website exposing what we feel is a shady business practice. Unfortunately for Invent Worldwide Consulting, this site will continue to warn inventions about their business practices and not recommend doing business with them. ***See Exhibit G, depicting Defendants' website as of March 8, 2011.***

### D. *Other Deceptive Acts by Defendants*

51. On or about October 10, 2010, Plaintiff was contracted to assist an inventor with an idea.

52. Plaintiff received a call from this client where said client was crying after a phone call with a representative from Defendant AbsolutelyNew.

53. Plaintiff's client stated the AbsolutelyNew representative alleged Plaintiff was, "a scam", a "clearinghouse", and other derogatory remarks.

54. Plaintiff's President, Blake Yager, contacted AbsolutelyNew, who admitted that they treated Plaintiff's client in the manner described.

55. Shortly after this call, Plaintiff appeared on Defendants' website in the manner previously described.

## <u>COUNT ONE: TRADEMARK INFRINGEMENT</u>

56. Plaintiff realleges and incorporates by reference all of the preceding paragraphs in their entirety.

57. Plaintiff alleges the preceding acts constitute Trademark infringement

58. Plaintiff alleges the Defendants have benefitted by their actions in amount to be determined at a trial.

59. Plaintiff alleges the Defendants actions have proximately caused damage through lost profits in an amount to be determined at trial.

60. Plaintiff alleges the Defendants actions have reduced the value of the Trademark in an amount to be determined at a trial.

61. Plaintiff alleges the Defendants actions are willful, reckless, outrageous, and malicious, and meant to cause Plaintiff harm and benefit to Defendants.

62. Plaintiff alleges the Defendants actions have caused Plaintiff damages through the cost of this litigation, including attorney fees.

## COUNT TWO: COPYRIGHT INFRINGEMENT

63. Plaintiff realleges all preceding paragraphs as if the same were reprinted here in their entirety.

64. Plaintiff alleges the foregoing constitutes copyright infringement.

65. Plaintiff alleges the Defendants have benefitted by their actions in amount to be determined at a trial.

66. Plaintiff alleges the Defendants actions have proximately caused damage through lost profits in an amount to be determined at trial.

67. Plaintiff alleges the Defendants actions have reduced the value of the copyrighted material in an amount to be determined at a trial.

68. Plaintiff alleges the Defendants actions are willful, reckless, outrageous, and malicious, and meant to cause Plaintiff harm and benefit to Defendants.

69. Plaintiff alleges the Defendants actions have caused Plaintiff damages through the cost of this litigation, including attorney fees.

**COUNT THREE: UNFAIR & DECEPTIVE BUSINESS PRACTICES**

70. Plaintiff realleges the preceding paragraphs in their entirety as if the same were reprinted herein.

71. Plaintiff alleges the Defendants actions constitute unfair and deceptive business practices under the Lanham Act.

72. Plaintiff alleges the Defendants have benefitted by their actions in amount to be determined at a trial.

73. Plaintiff alleges the Defendants actions have proximately caused damage through lost profits in an amount to be determined at trial.

74. Plaintiff alleges the Defendants actions have reduced the value of the Plaintiff's business in an amount to be determined at a trial.

75. Plaintiff alleges the Defendants actions are willful, reckless, outrageous, and malicious, and meant to cause Plaintiff harm and benefit to Defendants.

76. Plaintiff alleges the Defendants actions have caused Plaintiff damages through the cost of this litigation, including attorney fees.

**COUNT FOUR: ILLINOIS CONSUMER FRAUD & DECEPTIVE BUSINESS PRACTICES ACT**

77. Plaintiff realleges all preceding paragraphs as if the same were reprinted here in their entirety.

78. Plaintiff alleges the foregoing constitutes a violation of the Illinois Consumer Fraud & Deceptive Business Practices Act.

79. Plaintiff alleges the foregoing has a sufficient consumer nexus to protect the consumer against the fraudulent advertising and business practices of the Defendant.

80. Plaintiff alleges the Defendants have benefitted by their actions in amount to be determined at a trial, but exceeding $75,000.00.

81. Plaintiff alleges the Defendants actions have proximately caused damage through lost profits in an amount to be determined at trial.

82. Plaintiff alleges the Defendants actions have reduced the value of the Plaintiff in an amount to be determined at a trial.

83. Plaintiff alleges the Defendants actions are willful, reckless, outrageous, and malicious, and meant to cause Plaintiff harm and benefit to Defendants.

84. Plaintiff alleges the Defendants actions have caused Plaintiff damages through the cost of this litigation, including attorney fees.

**COUNT FIVE: TRADE DEFAMATION**

85. Plaintiff realleges all preceding paragraphs as if the same were reprinted here in their entirety.

86. Plaintiff alleges the foregoing constitutes Trade Defamation.

87. Plaintiff alleges the Defendants have benefitted by their actions in amount to be determined at a trial.

88. Plaintiff alleges the Defendants actions have proximately caused damage through lost profits in an amount to be determined at trial.

89. Plaintiff alleges the Defendants actions have reduced the value of the Plaintiff's business in an amount to be determined at a trial.

90. Plaintiff alleges the Defendants actions are willful, reckless, outrageous, and malicious, and meant to cause Plaintiff harm and benefit to Defendants.

91. Plaintiff alleges the Defendants actions have caused Plaintiff damages through the cost of this litigation, including attorney fees.

## CONCLUSION & PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays this Court:

a) Issue a Temporary Restraining Order, requiring the Defendants to render inaccessible their website, "SellMyInventionIdea.com."

b) Order a Hearing for a Preliminary Injunction to be issued within the time required.

c) The Defendant be required to file with the Court within 30 days of the issuance of the injunction, in detailed writing and under oath, the manner and form in which the Defendants have complied with the injunction

d) Order the Defendant to pay the Plaintiff the greater of the amount of the Defendants profits or the amount of the Plaintiff's loss, as the same may be determined by a jury.

e) Increase all damages as allowed under the various federal and state statutory causes of action.

f) Order a trial by jury for issues that remain unresolved.

g) Determine this to be an exemplary case and shift the full costs of this litigation, including reasonable attorney fees, to the Defendants.

h) For punitive damages.

i) For all other relief the Plaintiff may be entitled, whether under federal or state statutory or common law.

j) For all other relief necessary and proper under the premises.

Respectfully Submitted,

Robert W. Gray,
Attorney for Plaintiff,
Invent Worldwide Consulting, LLC

The Gray Law Group, Ltd.
Robert W. Gray (26381-45)
9219 S. Indianapolis Blvd., Ste C
Highland, Indiana 46322
(219) 961 – 8318
Fax (866) 277 – 8885

Search

# Jose Miguel Castello

Add as Friend

Lives in San Francisco, California From Greenwich, Connecticut

**Basic Information**

**Sex** Male

**Networks** Babson, Greenwich High School

**Contact Information**

**Website** http://dontretail.com
http://sellmyinventionidea.com

**Facebook** facebook.com/jose.m.castello

**Info**

Friends

**Friends (648)**

**Mikael Hietala**
Virgin Island
Montessori Upper

**Tyler Saracco**

**Chelsea Taylor**
Babson

**Lesley Farlan**
Barry

**Emily Anatole**
HWS

**Alex Vays**
CUNY Baruch

**Laura Bronner**
Babson

**Kristen Joan**
Babson

Invent Worldwide Consulting,
v.
AbsolutelyNew, Inc., *et al*
Plaintiff Complaint Exhibit A



**Jose Miguel Castello**
Idea Director at AbsolutelyNew
Greater Boston Area · Consumer Electronics

| | |
|---|---|
| Current | • **Idea Director** at **AbsolutelyNew**<br>• **Owner at Don't Retail LLC** |
| Past | • Sales Coordinator at Curve Expo<br>• Intern at the Blank Center for Entrepreneurship at Babson College<br>• Website Designer at www.michelekrauss.com |
| Education | • Babson College |
| Connections | 90 connections |
| Websites | • Client website |

## Jose Miguel Castello's Summary

Business
-Entrepreneurship
-Marketing
-Sales
-Consulting

**Specialties**

Business
-Entrepreneurship
-Marketing
-Sales
-Consulting

## Jose Miguel Castello's Experience

**Idea Director**
**AbsolutelyNew**
Privately Held; Consumer Goods Industry
July 2010 – Present (9 months)

Sales/consulting position at AbsolutelyNew, the product development and marketing firm.

**Owner**
**Don't Retail LLC**
Consumer Electronics Industry
October 2006 – Present (4 years 6 months)

Sales, pricing and inventory management
Customer Service
Estimated $120,000+ in sales for 2008
Design and management of www.DontRetail.com
Powerseller Gold status on eBay
Act as wholesale supplier for Overstock.com ($37,900 sales in 2007)

Web Site; Independent 2007 Present
Sale and design of websites for numerous international aspiring artists
Developed and expanded a customer base through exceptional customer service

**Sales Coordinator**
**Curve Expo**
Privately Held; Apparel & Fashion Industry
May 2009 – September 2009 (5 months)

Worked independently selling booth space for high end fashion events
 Participated in management company meetings
 Developed marketing ideas and managed communications to exhibitors
 Started up and managed social network accounts on Twitter, Facebook and Linked In

**Intern at the Blank Center for Entrepreneurship**
**Babson College**
Educational Institution; Higher Education Industry
February 2009 – May 2009 (4 months)

- Documentation of entrepreneur development efforts
- Management of some portions of the eship website
- Management of some of the babson entrepreneurs blog
- Miscellaneous research
- Project management
- Organizational support

**Website Designer**
**www.michelekrauss.com**
Design Industry

October 2006 – April 2007 (7 months)

of events 10/2006 4/2007
Gained leadership skills through directing a team of 5-7 people
Organization and management of large events
Facilitated communication through email, phone calls and meetings.
Aided with the promotion of events
Recorded highest ticket sales within company on several occasions

## Jose Miguel Castello's Education

**Babson College**

Business Administration, Entrepreneurship, Marketing, Consulting
2006 – 2010

Areas of Interest: Entrepreneurship, Sales and Marketing

*Activities and Societies:* Invenio Consulting Group

## Jose Miguel Castello's Additional Information

Websites: • Client website

Interests: Sailing, Squash, Backpacking and travel in general

Groups and Associations: Invenio Consulting Group

ACS International Schools Alumni

Babson College Community

Babson College San Francisco Bay Area Alumni

Bay Area Spanish Entrepreneurs (BASE)

Colegio Retamar

Greenwich High School Alumni

Invenio Group

The American School in London

## Jose Miguel Castello's Contact Settings

**Interested In**

- career opportunities
- new ventures
- expertise requests
- reference requests
- consulting offers
- job inquiries
- business deals
- getting back in touch

## View Jose Miguel Castello's full profile to...

- See who you and **Jose Miguel Castello** know in common
- Get introduced to **Jose Miguel Castello**
- Contact **Jose Miguel Castello** directly

View Full Profile

Not the Jose Miguel Castello you were looking for? View more »

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more | Browse members by country

LinkedIn Corporation © 2011

```
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN" "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
<html xmlns="http://www.w3.org/1999/xhtml" dir="ltr" lang="en-US">
        <head profile="http://gmpg.org/xfn/11">
                        <title>Invent Worldwide Consulting | Sell my Invention Idea</title>

        <meta http-equiv="content-type" content="text/html; charset=UTF-8" />
        <meta name="description" content="Learn how to sell your invention idea" />

        <link rel="stylesheet" type="text/css" href="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/styles/blue.css" media="screen"" />
                <link rel="alternate" type="application/rss+xml" title="Sell my Invention Idea RSS Feed" href="http://www.sellmyinventionidea.com/feed" />
        <link rel="pingback" href="http://www.sellmyinventionidea.com/xmlrpc.php" />

                <script type="text/javascript" src="http://ajax.googleapis.com/ajax/libs/jquery/1.3.2/jquery.min.js"></script>
        <script type="text/javascript" src="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/js/contact-form-process.js"></script>

        <!--[if IE 6]>
            <script type="text/javascript" src="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/js/ie6-transparency.js"></script>
            <script>
                DD_belatedPNG.fix('#header h1 a, #header h2, .header-line, .nav-line, .featured-section-line, #frontpage-content #featured-section, #frontpage-content #featured-project h2, .featured-section-project-line, .footer-line, #sidebar .sponsors img, #sidebar li ul li, #commentform input, #commentform textarea, #commentform .submit, .post-line, #contactform input, #contactform textarea, #contactform .submit, .commentlist .comment-reply-link, #contact #email_sent h3, #contact .contact_error');
            </script>
            <link rel="stylesheet" type="text/css" href="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/styles/ie6.css" />
        <![endif]-->
        <!--[if IE 7]>
            <link rel="stylesheet" type="text/css" href="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/styles/ie7.css" />
        <![endif]-->
        <!--[if IE 8]>
            <link rel="stylesheet" type="text/css" href="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/styles/ie8.css" />
        <![endif]-->

        <link rel="alternate" type="application/rss+xml" title="Sell my Invention Idea &raquo; Invent Worldwide Consulting Comments Feed"
```

Invent Worldwide Consulting, v. AbsolutelyNew, Inc., *et al* Plaintiff Complaint Exhibit B-1

```
href="http://www.sellmyinventionidea.com/invent-worldwide-
consulting/feed" />
<link rel='stylesheet' id='sharedaddy-css'
href='http://www.sellmyinventionidea.com/wp-
content/plugins/sharedaddy/sharing.css?ver=3.0.5' type='text/css'
media='all' />
<script type='text/javascript' src='http://www.sellmyinventionidea.com/wp-
includes/js/jquery/jquery.js?ver=1.4.2'></script>
<script type='text/javascript' src='http://www.sellmyinventionidea.com/wp-
content/plugins/google-analyticator/external-tracking.min.js?
ver=6.1.1'></script>
<link rel="EditURI" type="application/rsd+xml" title="RSD"
href="http://www.sellmyinventionidea.com/xmlrpc.php?rsd" />
<link rel="wlwmanifest" type="application/wlwmanifest+xml"
href="http://www.sellmyinventionidea.com/wp-includes/wlwmanifest.xml" />
<link rel='index' title='Sell my Invention Idea'
href='http://www.sellmyinventionidea.com' />
<link rel='start' title='Davison'
href='http://www.sellmyinventionidea.com/davison' />
<link rel='prev' title='InventSAI'
href='http://www.sellmyinventionidea.com/inventsai' />
<link rel='next' title='Vehicle Invention ideas'
href='http://www.sellmyinventionidea.com/interesting-inventions' />
<meta name="generator" content="WordPress 3.0.5" />
<link rel='shortlink' href='http://www.sellmyinventionidea.com/?p=252' />

<!-- All in One SEO Pack 1.6.13.2 by Michael Torbert of Semper Fi Web
Design[237,271] -->
<meta name="keywords" content="bbb,fraud,invent worldwide
consultant,invent worldwide consulting,misrepresentation,scam,united
inventors association,invention companies" />
<link rel="canonical" href="http://www.sellmyinventionidea.com/invent-
worldwide-consulting" />
<!-- /all in one seo pack -->
<!-- Google Analytics Tracking by Google Analyticator 6.1.1:
http://ronaldheft.com/code/analyticator/ -->
<script type="text/javascript">
        var analyticsFileTypes = [''];
        var analyticsEventTracking = 'enabled';
</script>
<script type="text/javascript">
        var _gaq = _gaq || [];
        _gaq.push(['_setAccount', 'UA-5763660-8']);
        _gaq.push(['_trackPageview']);

        (function() {
                var ga = document.createElement('script'); ga.type
= 'text/javascript'; ga.async = true;
                ga.src = ('https:' ==
document.location.protocol ? 'https://ssl' : 'http://www') + '.google-
analytics.com/ga.js';
                var s = document.getElementsByTagName('script')[0];
s.parentNode.insertBefore(ga, s);
        })();
</script>
        </head>
    <body>
        <div id="wrap">
        <div id="header">
                <h1><a href="http://www.sellmyinventionidea.com">Sell my
```

```
Invention Idea</a></h1>
                <h2>Learn how to sell your invention idea</h2>
            </div><!--end header-->
            <div class="header-line"></div>
            <ul class="nav">
                                    <li class="page_item page-item-2"><a
 href="http://www.sellmyinventionidea.com/about" title="About">About<span
 class="special-character">/</span></a></li>
<li class="page_item page-item-22"><a
 href="http://www.sellmyinventionidea.com/frequently-asked-questions"
 title="Frequently Asked Questions">Frequently Asked Questions<span
 class="special-character">/</span></a></li>
<li class="page_item page-item-5"><a
 href="http://www.sellmyinventionidea.com/" title="Invention
 Companies">Invention Companies<span class="special-
 character">/</span></a></li>
<li class="page_item page-item-258"><a
 href="http://www.sellmyinventionidea.com/invention-ideas"
 title="Invention Ideas">Invention Ideas<span class="special-
 character">/</span></a></li>
<li class="page_item page-item-103"><a
 href="http://www.sellmyinventionidea.com/sell-your-invention-idea"
 title="Sell your invention idea">Sell your invention idea<span
 class="special-character">/</span></a></li>

            </ul><!--end nav-->
            <div class="nav-line"></div>                <div id="main">
        <div id="project-single-content">

                                                            <div class="post"
 id="post-252">
                                <img id="project-image-large"
 src="http://www.sellmyinventionidea.com/wp-
 content/themes/satoshi/images/inventworldwideconsulting.PNG" alt="Invent
 Worldwide Consulting" />
                                <div id="project-details">
                                    <h2><a
 href="http://www.sellmyinventionidea.com/invent-worldwide-consulting"
 rel="bookmark" title="Permanent Link to Invent Worldwide
 Consulting">Invent Worldwide Consulting</a></h2>
                                    <p>This company has been in business for
 only 7 months, but the testimonials on their website are from customers
 that have beeen satisfied with them for over 3 years in some cases.
 Obviously these are fake testimonials. This company is trying to
 misrepresent their potential clients, they&#8217;re not certified by the
 BBB or the United Inventors Association. Invent Worldwide Consulting has
 scam and fraud written all over it! Here is the link to their
 &#8220;testimonials&#8221;
 http://inventworldwide.com/testimonials.html</p>
<blockquote><p>"Three  years ago I came up with a concept but kept on
 procrastinating on doing  anything with it. I went on the internet and
 filled out a form and was  contacted the next day by an Invent Worldwide
 Consultant. I set up an  appointment to meet with him at their Oak  Brook
 office. At that time he explained  their streamline process to  help me
 legally protect, develop and get my idea in  front of the right
 companies. I felt confident in moving forward. I would like  to
 personally thank my consultant, Tom Andersen, for all of his help."
 &#8211; <strong>Steve  V. </strong></p></blockquote>
<div class="snap_nopreview sharing robots-nocontent"><ul><li
 class="sharing_label">Share this:</li><li class="share-facebook share-
```

```
regular"><a rel="nofollow" class="share-facebook share-icon"
href="http://www.sellmyinventionidea.com/invent-worldwide-consulting?
share=facebook" title="Share on Facebook">Facebook</a></li><li
class="share-email share-regular"><a rel="nofollow" class="share-email
share-icon" href="http://www.sellmyinventionidea.com/invent-worldwide-
consulting?share=email" title="Click to email this to a
friend">Email</a></li><li class="share-reddit share-regular"><a
rel="nofollow" class="share-reddit share-icon"
href="http://www.sellmyinventionidea.com/invent-worldwide-consulting?
share=reddit" title="Click to share on Reddit">Reddit</a></li><li
class="share-twitter share-regular"><div class="twitter_button"><iframe
allowtransparency="true" frameborder="0" scrolling="no"
src="http://platform.twitter.com/widgets/tweet_button.html?url=http%3A%2F%
2Fwww.sellmyinventionidea.com%2Finvent-worldwide-
consulting&amp;counturl=http%3A%2F%2Fwww.sellmyinventionidea.com%2Finvent-
worldwide-consulting&amp;count=horizontal&amp;text=Invent%20Worldwide%
20Consulting: " style="width:97px; height:20px;"></iframe></div></li><li
class="share-stumbleupon share-regular"><a rel="nofollow" class="share-
stumbleupon share-icon" href="http://www.sellmyinventionidea.com/invent-
worldwide-consulting?share=stumbleupon" title="Click to share on
StumbleUpon">StumbleUpon</a></li><li class="share-digg share-regular"><a
rel="nofollow" class="share-digg share-icon"
href="http://www.sellmyinventionidea.com/invent-worldwide-consulting?
share=digg" title="Click to Digg this post">Digg</a></li><li class="share-
end"></li></ul><div class="sharing-
clear"></div></div>                              <a href="" class="view-
site-button"></a>
                    </div><!--end project-details-->
                </div><!--end post-->
                                        </div><!--end content-->
    </div><!--end main-->

                        <div id="footer">
            <div class="footer-line"></div>
                        <p class="copyright">Copyright &copy; 2010
&middot; Sell my Invention Idea &middot; All Rights Reserved</p>
                <p class="design">This website on invention ideas
is purely for informational purposes. Depiction of any trademarks/logos
does not represent endorsement or affiliation for the services, or
products by the trademark owner.</p>
                </div><!--end footer-->
            </div> <!--end wrap-->
    <script type='text/javascript'
src='http://www.sellmyinventionidea.com/wp-
content/plugins/sharedaddy/sharing.js?ver=0.1'></script>
    <div id="sharing_email" style="display: none;">
            <form action="" method="post">
                <label for="target_email">Send to Email
Address</label>
                <input type="text" name="target_email"
id="target_email" value="" />

                        <label for="source_name">Your Name</label>
                        <input type="text" name="source_name"
id="source_name" value="" />

                        <label for="source_email">Your Email
Address</label>
                        <input type="text" name="source_email"
```

```
id="source_email" value="" />

                              <img style="float: right; display: none" class="loading" src="http://www.sellmyinventionidea.com/wp-content/plugins/sharedaddy/images/loading.gif" alt="loading" width="16" height="16" />
                              <input type="submit" value="Send Email" class="sharing_send" />
                              <a href="#cancel" class="sharing_cancel">Cancel</a>

                              <div class="errors errors-1" style="display: none;">
                                        Post was not sent - check your email addresses!                              </div>

                              <div class="errors errors-2" style="display: none;">
                                        Email check failed, please try again                              </div>

                              <div class="errors errors-3" style="display: none;">
                                        Sorry, your blog cannot share posts by email.                              </div>
                    </form>
          </div>

          </body>
</html>
```

```
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN" "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
<html xmlns="http://www.w3.org/1999/xhtml" dir="ltr" lang="en-US">
        <head profile="http://gmpg.org/xfn/11">
                        <title>Sell and patent my invention idea</title>

        <meta http-equiv="content-type" content="text/html; charset=UTF-8" />
        <meta name="description" content="Learn how to sell your invention idea" />

        <link rel="stylesheet" type="text/css" href="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/styles/blue.css" media="screen"" />
                <link rel="alternate" type="application/rss+xml" title="Sell my Invention Idea RSS Feed" href="http://www.sellmyinventionidea.com/feed" />
        <link rel="pingback" href="http://www.sellmyinventionidea.com/xmlrpc.php" />

                <script type="text/javascript" src="http://ajax.googleapis.com/ajax/libs/jquery/1.3.2/jquery.min.js"></script>
        <script type="text/javascript" src="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/js/contact-form-process.js"></script>

        <!--[if IE 6]>
            <script type="text/javascript" src="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/js/ie6-transparency.js"></script>
            <script>
                DD_belatedPNG.fix('#header h1 a, #header h2, .header-line, .nav-line, .featured-section-line, #frontpage-content #featured-section, #frontpage-content #featured-project h2, .featured-section-project-line, .footer-line, #sidebar .sponsors img, #sidebar li ul li, #commentform input, #commentform textarea, #commentform .submit, .post-line, #contactform input, #contactform textarea, #contactform .submit, .commentlist .comment-reply-link, #contact #email_sent h3, #contact .contact_error');
            </script>
            <link rel="stylesheet" type="text/css" href="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/styles/ie6.css" />
        <![endif]-->
        <!--[if IE 7]>
            <link rel="stylesheet" type="text/css" href="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/styles/ie7.css" />
        <![endif]-->
        <!--[if IE 8]>
            <link rel="stylesheet" type="text/css" href="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/styles/ie8.css" />
        <![endif]-->

        <link rel="alternate" type="application/rss+xml" title="Sell my Invention Idea &raquo; Invention Companies Comme
href="http://www.sellmyinventionidea.com/inventi
```

Invent Worldwide Consulting, v. AbsolutelyNew, Inc., *et al* Plaintiff Complaint Exhibit B-2

```
<link rel='stylesheet' id='sharedaddy-css'
 href='http://www.sellmyinventionidea.com/wp-
 content/plugins/sharedaddy/sharing.css?ver=3.0.5' type='text/css'
 media='all' />
<script type='text/javascript' src='http://www.sellmyinventionidea.com/wp-
 includes/js/jquery/jquery.js?ver=1.4.2'></script>
<script type='text/javascript' src='http://www.sellmyinventionidea.com/wp-
 content/plugins/google-analyticator/external-tracking.min.js?
 ver=6.1.1'></script>
<link rel="EditURI" type="application/rsd+xml" title="RSD"
 href="http://www.sellmyinventionidea.com/xmlrpc.php?rsd" />
<link rel="wlwmanifest" type="application/wlwmanifest+xml"
 href="http://www.sellmyinventionidea.com/wp-includes/wlwmanifest.xml" />
<link rel='index' title='Sell my Invention Idea'
 href='http://www.sellmyinventionidea.com' />
<link rel='prev' title='About'
 href='http://www.sellmyinventionidea.com/about' />
<link rel='next' title='Frequently Asked Questions'
 href='http://www.sellmyinventionidea.com/frequently-asked-questions' />
<meta name="generator" content="WordPress 3.0.5" />

<!-- All in One SEO Pack 1.6.13.2 by Michael Torbert of Semper Fi Web
 Design[237,266] -->
<meta name="description" content="Useful information if you want to
 research invention promotion companies and find information to sell and
 patent your invention idea." />
<meta name="keywords" content="invention promotion companies, davison,
 absolutely new, dc prototypes, patent assistance worldwide, invent help,
 invention home, invention, patent" />
<link rel="canonical" href="http://www.sellmyinventionidea.com/" />
<!-- /all in one seo pack -->
<!-- Google Analytics Tracking by Google Analyticator 6.1.1:
 http://ronaldheft.com/code/analyticator/ -->
<script type="text/javascript">
        var analyticsFileTypes = [''];
        var analyticsEventTracking = 'enabled';
</script>
<script type="text/javascript">
        var _gaq = _gaq || [];
        _gaq.push(['_setAccount', 'UA-5763660-8']);
        _gaq.push(['_trackPageview']);

        (function() {
                var ga = document.createElement('script'); ga.type
 = 'text/javascript'; ga.async = true;
                ga.src = ('https:' ==
 document.location.protocol ? 'https://ssl' : 'http://www') + '.google-
 analytics.com/ga.js';
                var s = document.getElementsByTagName('script')[0];
 s.parentNode.insertBefore(ga, s);
        })();
</script>
        </head>
    <body>
        <div id="wrap">
        <div id="header">
                <h1><a href="http://www.sellmyinventionidea.com">Sell my
 Invention Idea</a></h1>
                <h2>Learn how to sell your invention idea</h2>
            </div><!--end header-->
```

```
            <div class="header-line"></div>
            <ul class="nav">
                                    <li class="page_item page-item-2"><a href="http://www.sellmyinventionidea.com/about" title="About">About<span class="special-character">/</span></a></li>
<li class="page_item page-item-22"><a href="http://www.sellmyinventionidea.com/frequently-asked-questions" title="Frequently Asked Questions">Frequently Asked Questions<span class="special-character">/</span></a></li>
<li class="page_item page-item-5 current_page_item"><a href="http://www.sellmyinventionidea.com/" title="Invention Companies">Invention Companies<span class="special-character">/</span></a></li>
<li class="page_item page-item-258"><a href="http://www.sellmyinventionidea.com/invention-ideas" title="Invention Ideas">Invention Ideas<span class="special-character">/</span></a></li>
<li class="page_item page-item-103"><a href="http://www.sellmyinventionidea.com/sell-your-invention-idea" title="Sell your invention idea">Sell your invention idea<span class="special-character">/</span></a></li>

            </ul><!--end nav-->
            <div class="nav-line"></div>        <div id="main">
        <div id="portfolio">
        <h2 class="page-title">Invention Companies</h2>

                <div class="portfolio-box-1">
                <a href="http://www.sellmyinventionidea.com/invent-worldwide-consulting"><img src="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/images/inventworldwideconsulting.PNG" alt="Invent Worldwide Consulting" /></a>
                <h3>Invent Worldwide Consulting</h3>
                <p>This company has been in business for only 7 months, but the testimonials on their website are from customers that have beeen satisfied with them for over 3 ...</p>
            </div>

        <div class="portfolio-box">
                <a href="http://www.sellmyinventionidea.com/inventsai"><img src="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/images/inventsai.png" alt="InventSAI" /></a>
                <h3>InventSAI</h3>
                <p>InventSAI could not be found on the Better Business Bureau website which is fairly odd. Also, it's not certified by the United Inventors Association which immediately raises a ...</p>
            </div>

        <div class="portfolio-box">
                <a href="http://www.sellmyinventionidea.com/lambert-lambert"><img src="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/images/lambertandlambert.png" alt="Lambert &#038; Lambert" /></a>
                <h3>Lambert &#038; Lambert</h3>
                <p>Lambert &#38; Lambert is a very interesting option as an invention company to look into because of their contingency basis approach to inventions. They charge $199 to examine ...</p>
```

```
            </div>

                <div class="portfolio-box-1">
                <a href="http://www.sellmyinventionidea.com/invention-home"><img src="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/images/inventionhome.png" alt="Invention Home" /></a>
                <h3>Invention Home</h3>
                <p>Invention Home seems like a very interesting option, especially since they don't charge for marketing. The problem is, they don't charge for marketing because there aren't any
expenses. ...</p>
            </div>

        <div class="portfolio-box">
                <a
href="http://www.sellmyinventionidea.com/inventhelp"><img
src="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/images/inventhelp.png" alt="InventHelp" /></a>
                <h3>InventHelp</h3>
                <p>InventHelp

When researching InventHelp, I found the following complaints about this invention company:

http://inventorsdigest.blogspot.com/200 ... ation.html

Quote:   "As a result of its services, 98 clients have received license ...</p>
            </div>

        <div class="portfolio-box">
                <a href="http://www.sellmyinventionidea.com/dc-prototypes"><img src="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/images/dcprototypes.png" alt="DC Prototypes" /></a>
                <h3>DC Prototypes</h3>
                <p>DC Prototypes is a company that just started up in 2009. It's a group of accountants and lawyers, and in the year they've been in business they still ...</p>
            </div>

        <div class="portfolio-box">
                <a href="http://www.sellmyinventionidea.com/patent-assistance-worldwide"><img src="http://www.sellmyinventionidea.com/wp-content/themes/satoshi/images/patentassistanceworldwide.png" alt="Patent Assistance Worldwide" /></a>
                <h3>Patent Assistance Worldwide</h3>
                <p>Patent Assistance Worldwide is a clearinghouse for many different services related to inventions and patents. A clearinghouse is essentially a middleman between the inventor and a service.
For ...</p>
            </div>

        <div class="portfolio-box">
                <a
href="http://www.sellmyinventionidea.com/absolutelynew"><img
```

# Sell my Invention Idea

## Learn how to sell your invention idea

- About/
- Frequently Asked Questions/
- Invention Companies/
- Invention Ideas/
- Sell your invention idea/

## Invention Companies

### Invent Worldwide Consulting

This company has been in business for only 7 months, but the testimonials on their website are from customers that have beeen satisfied with them for over 3 ...

### InventSAI

InventSAI could not be found on the Better Business Bureau website whi

Invent Worldwide Consulting,
v.
AbsolutelyNew, Inc., *et al*
Plaintiff Complaint Exhibit C

certified by the United Inventors Association which immediately raises a ...



## Lambert & Lambert

Lambert & Lambert is a very interesting option as an invention company to look into because of their contingency basis approach to inventions. They charge $199 to examine ...



## Invention Home

Invention Home seems like a very interesting option, especially since they don't charge for marketing. The problem is, they don't charge for marketing because there aren't any expenses. ...



**InventHelp**

InventHelp When researching InventHelp, I found the following complaints about this invention company: http://inventorsdigest.blogspot.com/200 ... ation.html Quote: "As a result of its services, 98 clients have received license ...

**DC Prototypes**

DC Prototypes is a company that just started up in 2009. It's a group of accountants and lawyers, and in the year they've been in business they still ...



**Patent Assistance Worldwide**

Patent Assistance Worldwide is a clearinghouse for many different services related to inventions and patents. A clearinghouse is essentially a middleman between the inventor and a service. For ...

**AbsolutelyNew**

AbsolutelyNew is a start up and venture backed product development firm in San Francisco. Right by the Silicon Valley, not a bad place to be when you want ...

# Sell my Invention Idea

## Learn how to sell your invention idea

- About/
- Frequently Asked Questions/
- Invention Companies/
- Invention Ideas/
- Sell your invention idea/

## Invent Worldwide Consulting

This company has been in business for only 7 months, but the testimonials on their website are from customers that have beeen satisfied with them for over 3 years in some cases. Obviously these are fake testimonials. This company is trying to misrepresent their potential clients, they're not certified by the BBB or the United Inventors Association. Invent Worldwide Consulting has scam and fraud written all over it! Here is the link to their "testimonials" http://inventworldwide.com/testimonials.html

> "Three years ago I came up with a concept but kept on procrastinating on doing anything with it. I went on the internet and filled out a form and was contacted the next day by an Invent Worldwide Consultant. I set up an appointment to meet with him at their Oak Brook office. At that time he explained their streamline process to help me legally protect, develop and get my idea in front of the right companies. I felt confident in moving forward. I would like to personally thank my consultant, Tom Andersen, for all of his help." – **Steve V.**

**Share this:** Facebook Email Reddit 0 StumbleUpon Digg

This website on invention ideas is purely for informational purposes. Depiction of any trademarks/logos does not represent endorsement or affiliation for the services, or products by the trademark owner.

Copyright © 2010 · Sell my Invention Idea · All Rights Reserved

Invent Worldwide Consulting,
v.
AbsolutelyNew, Inc., *et al*
Plaintiff Complaint Exhibit D

# Sell my Invention Idea

## Learn how to sell your invention idea

- About/
- Frequently Asked Questions/
- Invention Companies/
- Invention Ideas/
- Sell your invention idea/

## Invention Companies

Invent Worldwide Consulting

### Invent Worldwide Consulting

This company has been in business for only 7 months, but the testimonials on their website are from customers that have beeen satisfied with them for over 3 ...

### InventSAI

InventSAI could not be found on the Better Business Bureau website

Invent Worldwide Consulting, v. AbsolutelyNew, Inc., *et al* Plaintiff Complaint Exhibit F

# Sell my Invention Idea

## Learn how to sell your invention idea

- About/
- Frequently Asked Questions/
- Invention Companies/
- Invention Ideas/
- Sell your invention idea/

Invent Worldwide Consulting

## Invent Worldwide Consulting

This company has been in business for only 7 months, but the testimonials on their website are from customers that have beeen satisfied with them for over 3 years in some cases. Obviously these are fake testimonials. This company is trying to misrepresent their potential clients, plus they're not certified by the BBB or the United Inventors Association. Invent Worldwide Consulting has scam and fraud written all over it! Here is the link to their "testimonials" http://inventworldwide.com/testimonials.html We cannot post up the testimonials that are clearly fake because of a copyright complaint from this company. Obviously they're not happy with this website exposing their shady business practices and protecting inventors from scams.

**Share this:** Facebook Email Reddit 0 StumbleUpon Digg

This website on invention ideas is purely for informational purposes. Depiction of any trademarks/logos does not represent endorsement or affiliation for the services, or products by the trademark owner.

Copyright © 2010 · Sell my Invention Idea · All Rights Reserved

Invent Worldwide Consulti
v.
AbsolutelyNew, Inc., *et al*
Plaintiff Complaint Exhibit

does not represent endorsement or affiliation for the services, or products by the trademark owner.

Web Images Videos Maps News Shopping Gmail more ▾ Sign in

invent worldwide consulting Search

About 2,890,000 results (0.39 seconds) Advanced search

Invent Worldwide Consulting – Develop Your Invention Idea into a ...
**Invent Worldwide Consulting** offers one of the fastest and most affordable programs in the industry to inventors. Our invention consultants have the ...
**inventworldwide**.com/ - Cached

Get Started Now! - **Invent Worldwide Consulting** – Develop Your ...
**Invent Worldwide Consulting** offers one of the fastest and most affordable ...
**inventworldwide**.com/**invent**.html - Cached

Testimonials - **Invent Worldwide Consulting** – Develop Your ...
"What I like about **Invent Worldwide Consulting** is that I am directly ...
**inventworldwide**.com/testimonials.html - Cached

Show more results from inventworldwide.com

**Invent Worldwide Consulting** in Oak Brook, IL 60523 - (630) 990-4545
Address, phone number, map, driving directions, hours of operation, services, reviews and more for **Invent Worldwide Consulting**.
www.ziphip.com/**invent+worldwide+consulting**.9.111290368p.home.html - Cached

**Invent Worldwide Consulting** | Sell my Invention Idea
**Invent Worldwide Consulting** has scam and fraud written all over it!
Here is the link to their "testimonials"
http://inventworldwide.com/testimonials.html ...
www.sellmyinventionidea.com/**invent-worldwide-consulting** - Cached

**Invent Worldwide Consulting** - Oak Brook, IL - Marketing Consultants
**Invent Worldwide Consulting** serving Oak Brook, IL - Marketing Consultants.
www.topix.com/yp/oak.../402572734f-**invent-worldwide-consulting** - Cached

Featured **Invention** Companies - | Idea 4 **Invention**
**Invent Worldwide Consulting** has developed a comprehensive program to help inventors successfully submit their invention ideas to companies and manufacturers ...
www.idea4**invention**.com/**invention**.../featured-**invention**-companies - Cached

**Invent Worldwide Consulting** in Oak Brook, IL | 2211 York Rd, Oak ...
**Invent Worldwide Consulting** in Oak Brook, IL – Map, Phone Number, Reviews, Photos and Video Profile for Oak Brook **Invent Worldwide Consulting**.
www.superpages.com/.../**Invent-Worldwide-Consulting**-L2215329739.htm - Cached

**Invent Worldwide Consulting** - Oak Brook, Illinois (IL) | Company ...
**Invent Worldwide Consulting** company profile in Oak Brook, IL. Our free company profile report for **Invent Worldwide Consulting** includes business information ...
www.manta.com/c/mtqjw8z/**invent-worldwide-consulting** - Cached

Invent Worldwide Consulting,
v.
AbsolutelyNew, Inc., *et al*
Plaintiff Complaint Exhibit H

# Sell my Invention Idea

## Learn how to sell your invention idea

- About/
- Frequently Asked Questions/
- Invention Companies/
- Invention Ideas/
- Sell your invention idea/

## About

So you have an idea for an invention which you think can make millions, but don't kow what to do next? You're not alone. There are so many options available to you, as an inventor, in order to get your invention idea to the market, that it can become confusing, frustrating and stressful. Well, it shouldn't be.

> *Can I just **sell my idea**, cash out and move on?*
>
> *Are all these **invention companies a scam**?*
>
> *How can I **share with my idea without having it stolen**?*
>
> *I mailed myself a **stamped and sealed envelope with my idea (poor man's patent)**, am I safe?*

These are all completely normal questions to have at first, and hopefully this "Sell My Invention Idea" website can help.

You can start off with the "Frequently Asked Questions" about inventions section to get better acquainted with your options, or go straight to the "**Invention Companies**" section to investigate your options to have a company help you through the process of bringing an invention idea to the market so that it can get sold or licensed.

**Share this:** Facebook Email Reddit 0 StumbleUpon Digg

- If you've come up with an invention idea and are looking to sell it, you should add this page to your favorites, because everything you need to know will be right here. We have researched invention promotion companies as well as patents and licensing agreements and what they entail. From scams, to the legitimate invention promotion companies, we've exposed them all right here.
-

Invent Worldwide Consulting,
v.
AbsolutelyNew, Inc., *et al*
Plaintiff Complaint Exhibit I

next? We help inventors! Free Information.
www.InventHelp.com

**Do You Have an Idea?**
Find Companies that Can Turn Your Idea Into A Real Product. Start Now
www.Idea4Invention.com

**Have an Invention Idea?**
Find Companies to Patent & Market It For You. Free Idea Kit
www.idea2invention.com

**Turn Your Idea Into Money**
Let Us Help You Patent And License Your Ideas For Commercial Success!
InventionIdea.info

**Patent Attorney/Engineer**
Over 36 years experience. Staff available 24/7 by phone.
www.invention.net

- **Categories**
  - Invention Companies
  - Invention FAQ
  - Uncategorized
- **Recent Posts**
  - How can invention companies offer free marketing?
  - What makes an invention idea licenseable?
  - Invention Ideas from the Past
  - Vehicle Invention ideas

This website on invention ideas is purely for informational purposes. Depiction of any trademarks/logos does not represent endorsement or affiliation for the services, or products by the trademark owner.
Copyright © 2011 Sell my Invention Idea - All Rights Reserved

# Sell my Invention Idea

## Learn how to sell your invention idea

- About/
- Frequently Asked Questions/
- Invention Companies/
- Invention Ideas/
- Sell your invention idea/

## Sell your invention idea

If you've come up with an invention idea and are looking to sell it, you've come to the right place. We've been in your position, and couldn't find the right places to research our available options, so we decided to launch full investigations into the invention industry. We have research invention promotion companies as well as patents and licensing agreements and what they entail. From scams, to the real thing, we've researched it all.

**Share this:**     Facebook     Email     Reddit          0          StumbleUpon     Digg

- If you've come up with an invention idea and are looking to sell it, you should add this page to your favorites, because everything you need to know will be right here. We have researched invention promotion companies as well as patents and licensing agreements and what they entail. From scams, to the legitimate invention promotion companies, we've exposed them all right here.
- 

Invent Worldwide Consulting,
v.
AbsolutelyNew, Inc., *et al*
Plaintiff Complaint Exhibit J

**Patent Attorney/Engineer**
Over 36 years experience. Staff available 24/7 by phone.
www.invention.net

**Do You Have an Idea?**
Find Companies that Can Turn Your Idea Into A Real Product. Start Now
www.Idea4Invention.com

- ## Categories
  - Invention Companies
  - Invention FAQ
  - Uncategorized
- ## Recent Posts
  - How can invention companies offer free marketing?
  - What makes an invention idea licenseable?
  - Invention Ideas from the Past
  - Vehicle Invention ideas

This website on invention ideas is purely for informational purposes. Depiction of any trademarks/logos does not represent endorsement or affiliation for the services, or products by the trademark owner.
Copyright © 2010 Sell my invention idea · All Rights Reserved

# Sell my Invention Idea

## Learn how to sell your invention idea

- About/
- Frequently Asked Questions/
- Invention Companies/
- Invention Ideas/
- Sell your invention idea/

## Sell your invention idea

If you've come up with an invention idea and are looking to sell it, you've come to the right place. We've been in your position, and couldn't find the right places to research our available options, so we decided to launch full investigations into the invention industry. We have research invention promotion companies as well as patents and licensing agreements and what they entail. From scams, to the real thing, we've researched it all.

**Share this:**    Facebook    Email    Reddit           0         StumbleUpon    Digg

- If you've come up with an invention idea and are looking to sell it, you should add this page to your favorites, because everything you need to know will be right here. We have researched invention promotion companies as well as patents and licensing agreements and what they entail. From scams, to the legitimate invention promotion companies, we've exposed them all right here.
-

Invent Worldwide Consulting,
v.
AbsolutelyNew, Inc., *et al*
Plaintiff Complaint Exhibit J

**Patent Attorney/Engineer**
Over 36 years experience. Staff available 24/7 by phone.
www.invention.net

**Do You Have an Idea?**
Find Companies that Can Turn Your Idea Into A Real Product. Start Now
www.Idea4Invention.com

- **Categories**
    - Invention Companies
    - Invention FAQ
    - Uncategorized
- **Recent Posts**
    - How can invention companies offer free marketing?
    - What makes an invention idea licenseable?
    - Invention Ideas from the Past
    - Vehicle Invention ideas

This website on invention ideas is purely for informational purposes. Depiction of any trademarks/logos does not represent endorsement or affiliation for the services, or products by the trademark owner.

Copyright © 2010 · Sell my Invention Idea · All Rights Reserved

# Sell my Invention Idea

## Learn how to sell your invention idea

- About/
- Frequently Asked Questions/
- Invention Companies/
- Invention Ideas/
- Sell your invention idea/

## AbsolutelyNew

**AbsolutelyNew** is a start up and venture backed **product development firm** in San Francisco. Right by the Silicon Valley, not a bad place to be when you want to launch an innovative invention.

One thing that really adds comfort about **AbsolutelyNew** is their disclosure of their management and members of the Board of Directors. No other company discloses anyone other than their CEO. You can see a list of Absolutely New's board of directors as well as more information about the members of the management team. It seems like every invention company posts up logos of every major retailer they can think of, but AbsolutelyNew is the only one that has hard evidence of connections to these companies. Unfortunately, in the business world, it's all about who you know. Fortunately, money can buy you these connections if you invest in your invention with **AbsolutelyNew**. But unfortunately again, the money part.

Their "A-" rating on the Better Business Bureau website is the result of 5 **complaints against Absolutely New** in the past 36 months (as of October, 2010). They are also certified by the **United Inventors Association** which does full company probes and investigations before certifying companies.

Finally, the biggest comfort about Absolutely New is that they have Jon Dudas, the previous Director of the USPTO on their advisory board. It's interesting to see that Jon Dudas picked AbsolutelyNew of all the **invention companies** available. Having an industry expert like Jon Dudas pick **AbsolutelyNew** would make me feel much more comfortable with my **invention** and this company.

**Share this:** Facebook Email Reddit 0 StumbleUpon Digg

This website on invention ideas is purely for informational purposes. Dep[illegible] not represent endorsement or affiliation for the services, or products by th[illegible]
Copyright © 2010 · Sell my Invention Idea · All Rights Reserved

Invent Worldwide Consulting,
v.
AbsolutelyNew, Inc., *et al*
Plaintiff Complaint Exhibit K