# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1619 | **DATE** | 5/12/2011 |
| **CASE TITLE** | Invent WorldWide Consulting, LLC vs. AbsolutelyNew, Inc., et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 5/12/2011. Plaintiff's motion for default judgment against Absolutely New and Jose Castello [19] granted. Prove-Up hearing set for 7/12/2011 at 9:30 AM.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|