IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Invent WorldWide Consulting, LLC<br>An Illinois Limited Liability Company;<br>Plaintiff,<br><br>vs.<br><br>AbsolutelyNew, Inc., a California Corp.;<br>Jose Miguel Castello, Individually and<br>d/b/a "SellMyInventionIdea.com"; Michael<br>Torbert, Individually and d/b/a Semper Fi<br>Web Design, and Unknown John Does;<br>Defendants. | NOTICE OF DEFENDANTS' MOTION TO CORRECT OR RECONSIDER ORDER<br><br><br>Case No.   11-CV-01619<br><br>Judge Rebecca Pallmeyer<br>Magistrate Judge Arlander Keys |

**NOTICE OF DEFENDANTS' MOTION FOR THE COURT TO CORRECT OR RECONSIDER ORDER**

**To:**
Invent Worldwide Consulting, LLC and its attorneys, The Gray Law Group, Ltd.
Robert Gray (26381-45)
9219 S. Indianapolis Blvd., Suite A
Highland, Indiana 46322
(219) 961-8318 Fax (866) 277-8885

PLEASE TAKE NOTICE **that on Thursday August 25, 2011 at 11:00 AM**, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Rebecca Pallmeyer, or any Judge sitting in her stead in Courtroom 1025 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois and shall present:
**DEFENDANTS' MOTION FOR THE COURT TO CORRECT OR RECONSIDER ORDER**

Dated:  August 23, 2011

                                            COUNSEL FOR DEFENDANTS JOSE
                                            CASTELLO AND ABSOLUTELYNEW, INC.

                                            _____/s/_____
                                            Anthony R. Flores
                                            AbsolutelyNew, Inc.
                                            tflores@absolutelynew.com
                                            650 Townsend Street, Suite 475
                                            San Francisco, California 94103
                                            (415) 865-6200 x1123

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; I am employed by AbsolutelyNew, Inc. and our business is located at 650 Townsend Street, Suite 475, San Francisco, California 94103.

On August 23, 2011, I caused to be served a true and correct copy of: **NOTICE OF DEFENDANTS' MOTION FOR THE COURT TO CORRECT OR RECONSIDER ORDER** on Plaintiff by placing a true and correct hard copy thereof enclosed in via sealed envelope to the addressed as follows:

Robert W. Gray, Sr.
The Gray Law Group, Ltd.
9219 S. Indianapolis Blvd., Suite A
Highland, Indiana 46322
Fax: (866) 277-8885 Email: robertgray2@gmail.com

___ (BY MAIL) The envelope was mailed with postage thereon fully prepaid U.S. Mail. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date is more than one day after date of deposit for mailing an affidavit.

___ (BY PERSONAL SERVICE) I delivered such envelope by hand to the office of the addressee listed above.

___ (BY EXPRESS MAIL/OVERNIGHT DELIVERY) I deposited the foregoing during normal business hours with an authorized service providing and ensuring overnight delivery of the foregoing and with the full postage or charges for such fully prepaid

XX Via E-Mail to the e-mail address of the addressee listed above in the CM/ECF electronic filing system of the U.S. District Court.

___ Via Facsimile to the fax number of the addressee listed above.

XX (FEDERAL) I declare that I am a member of the bar of the Federal court.

Date: August 23, 2011            /s/
                          Anthony R. Flores