IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| Invent WorldWide Consulting, LLC | ) | |
| An Illinois Limited Liability Company | ) | |
|     Plaintiff, | ) | |
| V. | ) | No. 1:11-cv-01619 |
| AbsolutelyNew, Inc., a California Corp.; | ) | |
| Jose Miguel Castello, Individually and | ) | |
| d/b/a "SellMyInventionIdea.com"; Michael | ) | Honorable Rebecca Pallmeyer, |
| Torbert, Individually and d/b/a Semper Fi | ) | Judge Presiding |
| Web Design, and Unknown John Does, | ) | |
|     Defendants. | ) | Arlander Keys, Magistrate |

### Notice of Filing

To:
Defendant
AbsolutelyNew, Inc.
A California Corporation
650 Townsend St.,
San Francisco, CA 94103

Defendant Jose Miguel Castello
Residential address unknown,
<u>Business address</u>
AbsolutelyNew, Inc.
c/o Jose M. Castello
650 Townsend St.,
San Francisco, CA 94103

Please take notice that on Friday, December 02, 2011, I did file Plaintiff's Response to Defendants' Motion to Recover Attorney Fees.

                                                      Respectfully Submitted,

                                                      /s/ Robert W. Gray

                                                      Robert W. Gray,
                                                      Attorney for Plaintiff,
                                                      Invent Worldwide Consulting, LLC

The Gray Law Group, Ltd.
Robert W. Gray (26381-45)

9219 S. Indianapolis Blvd., Ste C
Highland, Indiana 46322
(219) 961 – 8318
Fax (866) 277 – 8885