# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1619 | **DATE** | 12/20/2011 |
| **CASE TITLE** | Invent WorldWide Consulting, LLC vs. AbsolutelyNew, Inc., et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 12/20/2011. Defendant's motion for attorney fees deposit to be refunded in full [83] is denied. Ruling on motion to dismiss to be made by mail.

Notices mailed by Judicial staff.

00:08

| | Courtroom Deputy Initials: | ETV |
|---|---|---|